**Tony Ray WILLIAMS, Plaintiff–Appellant**

v.

**Terry LEEDS, Water Services Dept. Director; Mike Klender, Water Supply Plant Mgr.; Water Services, H.R.D.; The City of Kansas City, Missouri, Defendants–Appellees.**

No. 13–2761.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 21, 2014.

Filed: Jan. 22, 2014.

Tony Ray Williams, Raytown, MO, pro se.

Douglas M. McMillan, City Attorney's Office, Alexandra Marie Goblet Muesenfechter, City of Kansas City, Kansas City, MO, for Defendants-Appellees.

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Tony Williams appeals the district court's [1] adverse judgment dismissing his pro se amended complaint. Upon careful review, we conclude that the district court's dismissal was proper, and we note that Williams has not presented any meaningful legal argument on appeal regarding the claims he asserted in his amended complaint. *See Ahlberg v. Chrysler Corp.,* 481 F.3d 630, 634 (8th Cir.2007) (points not meaningfully argued in opening brief are waived); *see also Butler v. Bank of Am., N.A.,*690 F.3d 959, 961 (8th Cir.2012) (de novo review of dismissal). To the extent Williams attempts to assert new claims on appeal, we decline to consider them. *See Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004) (claims not presented in district court may not be advanced for first time on appeal). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.